704

MARTIN O'MEARA, JR., TRUSTEE *v.* LEWIS SEARS ET AL.

The defendants' motion to dismiss the appeal from the Court of Common Pleas in New London County is granted.

*Orrin Carashick,* for the appellees (named defendant et al.).

No appearance by counsel for the appellant (plaintiff).

Argued April 3—decided April 3, 1973

VIRGINIA H. FITZGERALD *v.* CLIFFORD L. FITZGERALD, JR.

The plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County at Stamford is denied.

*John A. Ackerly,* for the appellee (plaintiff).

*Bernard S. Peck* and *George J. Markley,* for the defendant (appellant).

Argued April 3—decided April 3, 1973

BARRETT-NONPAREIL, INC. *v.* HERBERT STOLL ET AL.

The plaintiff's motion to dismiss the appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*Michael R. Friedman,* for the appellee (plaintiff).

*William M. Ivler,* for the appellants (defendants).

Argued April 3—decided April 3, 1973